# Court of Appeals
# of the State of Georgia

ATLANTA, March 25, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0285. ARKEE S. SMITH et al. v. JAMES B. NUTTER & COMPANY et al.

Arkee Smith, Marie Smith, and Marvin Smith (collectively, the "Smiths") filed action against several defendants asserting that a foreclosure sale of their home was wrongful. The trial court granted several motions to dismiss and granted summary judgment as to at least one defendant. Smith then filed an application for discretionary review.

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654, n. 1 (653 SE2d 43) (2007).

Accordingly, this application is hereby GRANTED. The Smiths have ten days from the date of this order to file a notice of appeal if they have not already done so. The clerk of the superior court is DIRECTED to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 03/25/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.